**UNITED STATES of America,**
**Appellee,**

v.

**Isaac PIKE, Appellant.**

**No. 10–2394.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 30, 2010.

Filed: Dec. 6, 2010.

Edward Joseph Rogers, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, St. Louis, MO, for Appellee.

Isaac Pike, Ayer, MA, pro se.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Isaac Pike appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 41(e)[2] motions for the return of property. Upon reviewing the district court's legal conclusions de novo and its findings of fact for clear error, *see Jackson v. United States*, 526 F.3d 394, 396 (8th Cir.2008), we conclude that the district court properly denied Pike's motions for the reasons it stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

2. In 2002, Rule 41 was reorganized, and the substance of former subsection (e) was incorporated into subsection (g). *See* Fed. R.Crim.P. 41 advisory committee's notes (2002 amends.) (language of Rule 41 was amended as part of general restyling of Federal Rules of Criminal Procedure; except as otherwise noted, changes were intended to be stylistic only).